AUSA:  Matthew Roth           Telephone: (313) 226-9186
Deputy:  Vincent Ventimiglia (USM)   Telephone: (313) 234-5600

AO 91 (Rev. 11/11) Criminal Complaint



# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

James William MEECE

Case: 2:19-mj-30417
Assigned To : Unassigned
Assign. Date : 8/6/2019
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 11, 1999 to current__ in the county of __Wayne and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1073 | Interstate flight to avoid prosecution |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Deputy Vincent Ventimiglia (USMS)
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __AUG 0 6 2019__

City and state: __Detroit, Michigan__

_____
Judge's signature

Hon. Elizabeth Stafford, United States Magistrate Judge
_____
Printed name and title

# AFFIDAVIT FOR A CRIMINAL COMPLAINT

I, Deputy United States Marshal Vincent Ventimiglia, do swear and affirm that the following is true to the best of my knowledge:

## I.   INTRODUCTION

1. I am a Senior Inspector with the United States Marshals Service Sex Offender Investigations Branch. I have been an employee of the United States Marshals Service for 13 years. The first 11 years I served as a Deputy. The last 2 years I have served as a Senior Inspector. I was promoted to the position of Senior Inspector in 2017. Prior to working for the Marshals' Service, I was employed in the retail sector.

2. As a Senior Inspector, one of my responsibilities include locating fugitives from justice. The United States Marshals Service (USMS) Sex Offender Investigations Branch and other law enforcement agencies are conducting a fugitive investigation into the whereabouts of James William MEECE. MEECE is wanted for absconding parole and failure to register as a sex offender. Warrants for the arrest of MEECE were issued on November 11, 1999 (absconding parole), and September 26, 2000 (failure to register as a sex offender).

3. Probable cause exists that MEECE traveled from Michigan to another state with the intent to avoid prosecution for absconding from parole, with the intent to avoid serving out the remainder of his sentence on Criminal Sexual Conduct of the 2nd Degree. Probable cause also exists that he fled Michigan to avoid prosecution for failure to register as a sex offender, all in violation of 18 U.S.C. § 1073 (interstate flight to avoid prosecution).

## II.   PROCEDURAL HISTORY

4. In January 1991, MEECE was convicted of Criminal Sexual Conduct Second Degree (person under 13) (MCL 750.520c) in Michigan. He received an 8 to 15 year sentence of imprisonment. In May of 1999, after eight years, he was released on parole. On, November 24, 1999, a warrant for MEECE's arrest was issued by the State of Michigan for absconding parole. A second arrest warrant was issued on September 26, 2000, by the State of Michigan, as MEECE failed to register as a sex offender on December 15, 1999.

5. In January of 2000, the Jefferson County Sheriff's Department (Indiana) issued a warrant for MEECE's arrest for receiving and concealing stolen property; allegedly stealing a car from

Michigan and driving it to Indiana. MEECE's sister was interviewed as a result of the Indiana warrant and stated that MEECE had been staying with her since December 14, 1999.

### III.   SUMMARY OF THE INVESTIGATION

6. Affiant began investigating MEECE's whereabouts and learned that MEECE married D.W. in 2001 and is still legally married to her. The USMS obtained a copy of the marriage certificate issued for MEECE and D.W. from Clark County, Nevada. The marriage certificate establishes that James William MEECE and D.W. were married in July of 2001 in Las Vegas, Nevada.

7. The investigation has also revealed that MEECE stole the identity of AV-1 starting at least as early as 2001. Since 2001, MEECE has been using AV-1's identity as an alias.

8. As outlined below, as far back as 2001, numerous interviews have been conducted with both D.W., her family, associates, and people with whom she has conducted business transactions. The interviews with D.W.'s family have confirmed that D.W. is married to MEECE. Since their marriage in 2001, her family has only known MEECE under AV-1's name (his alias). Most of D.W.'s family members have been

interviewed several times and have stated that they believe that D.W. is still in contact with MEECE under his alias.

9. Affiant also believes that D.W. is still married to and in contact with MEECE. As outlined below, D.W. has made multiple statements designed to mislead law enforcement about both her relationship with MEECE, and her knowledge of his location.

A. Check fraud in El Monte, California.

10. Police reports from the El Monte California Police Department document a 2001 investigation into check fraud. The primary suspects are MEECE, under his alias, and D.W. The pair allegedly defrauded two El Monte businesses. They passed bad checks to a charter flight business to charter private flights from El Monte, California, to Henderson, Nevada, and back.

B. The land in Costilla County, Colorado.

11. In the beginning of January of 2019, D.W. was interviewed by USMS personnel for the first time. D.W. was interviewed in furtherance of the investigation into MEECE's whereabouts. D.W. was shown a photo of MEECE and stated she did not recognize who he was. Later in the initial interview, D.W. admitted being married to James

MEECE but stated she has had no contact with him since 2004.

12. In a subsequent interview on January 10, 2019, D.W. admitted that MEECE uses AV-1's name as an alias. D.W. indicated that she observed MEECE use the alias with law enforcement on an unknown date in Kern County, California, during a contact with law enforcement, to avoid detection and apprehension.

13. In her initial interview, D.W. stated, since 2004, she has not had any contact with MEECE. She also stated that, since 2004, she has had no knowledge of where MEECE is currently located. D.W. also stated that she did not own any land anywhere including land in Colorado.

14. In a follow up interview with D.W., she admitted to owning land in Costilla County, Colorado. She said she purchased the land years after splitting up with MEECE. She stated that MEECE knew nothing about this land.

15. Contrary to D.W.'s representations, the investigation has revealed that, beginning in 2007, D.W. purchased land in Colorado at the behest of MEECE under his alias.

16. In January of 2019, the USMS interviewed J.P. J.P.

-5-

identified herself as the woman who sold D.W. the land in Colorado. J.P. explained that in June of 2007, she listed for sale several parcels of land in Costilla County, Colorado. In July of 2007, MEECE, under his alias, contacted her by telephone. MEECE wanted to purchase one of her parcels of land. J.P. stated that, from that point on, all transactions related to the sale of the land were conducted via U.S. Mail with MEECE's wife, D.W., of 3839 Cypress Avenue, El Monte, California.

17. J.P. reported that D.W. paid for the land on a land contract. She made monthly payments until the contract was paid off in October of 2016. D.W. signed the monthly land contract payment instruments using her full name and the last name of MEECE's alias.

18. J.P. said that D.W. came to her home in October of 2016, to obtain the deed for the land after making the last payment. D.W. told J.P. to only include D.W.'s name on the deed. D.W. explained to J.P. that her husband, referred to as under MEECE's alias, would have some problem with the military if his name was listed on the deed.

C. <u>The 1988 Coleman pop-up camper.</u>

19. On June 5, 2019, Affiant ran a computer check of the California Department of Motor Vehicles (DMV) for the license plate

7Rxxxx3. The license plate comes back to a 2004 Honda, four door sedan, registered to D.W.'s mother. Interviews with D.W.'s family members revealed that this car was given to D.W. by her mother. Interviews with family and others revealed that this vehicle is being exclusively driven by D.W.

20. D.W.'s family members have reported that, beginning in approximately January of 2016, D.W. began driving their mother's 2004 Honda Accord LX, California license plate of 7Rxxxx3, and has been the exclusive driver of that vehicle since that time. Since January of 2019, the Honda Accord has been observed, on numerous occasions, inside the closed driveway gate at D.W.'s home located on Cypress Ave El Monte, CA.

21. Despite have and using the Honda Accord, California DMV records also indicate that D.W. has several other vehicles registered in her name. Specifically, a 1992 Jeep Wrangler, a 2009 Aztec Tow Trailer, and a 1988 Coleman pop-up camper. D.W. has been interviewed regarding the locations of each of these vehicles and cannot account for their locations.

22. In May of 2019, separate interviews were conducted with

D.D. and A.D. DMV records listed them as the party that sold the 1988 Coleman pop-up camper to D.W. in 2004. D.D. and A.D. were independently shown photos of D.W. and MEECE. They confirmed that the individuals in the photographs (D.W. and MEECE) were the parties who purchased their pop-up camper for $600.00 in March/April of 2004. A.D. was able to recall and describe MEECE as having full sleeve tattoos. Law enforcement records indicated that MEECE has full sleeve tattoos. She also recalled that D.W. and MEECE arrived at her home in San Jacinto in a Jeep Wrangler and that MEECE was driving. The description of the Jeep Wrangler matches the Jeep registered to D.W. that is unaccounted for.

D.   <u>The P.O. Box in Sunset Beach, California.</u>

23.   The USMS investigation has also revealed that D.W. rented PO Box 1XXX Sunset Beach, CA. D.W. was asked about this PO Box in her initial January 2019 interview. She stated that she used to work in that area so she obtained the PO Box.

24.   To date, the USMS have been unable to find any record of employment for D.W. near the Sunset Beach area. Additionally, USMS went to the Sunset Beach area Post Office where PO Box 1XXX is

located. As of February of 2019, the name listed on the PO Box was MEECE's alias.

E. <u>Interviews of MEECE's sister and sister-in-law.</u>

25. MEECE's sister K.A., in numerous interviews with the USMS, has represented that MEECE had died. However, an interview with MEECE's sister-in-law S.M. revealed that K.A. (MEECE's sister) told S.M. that MEECE obtained a new identity in order to avoid apprehension.

26. The USMS has found no evidence to support the story that MEECE has died. The USMS has not located a death certificate. Additionally, when interviewed by the USMS, D.W. never told the USMS that he had died. Moreover, MEECE's sister's information about his death conflicts with her own previous statements.

## IV. CONCLUSION

An arrest warrant was issued in the Eastern District of Michigan on November 24, 1999, for MEECE for absconding from parole on state charges of Criminal Sexual Conduct of the 2nd Degree. MEECE faced a potential term of imprisonment of seven years for any violation of parole since he was originally sentenced to 8-15 years and had served

only eight of those years. Three weeks later, MEECE stole a car and fled to Indiana where he was living with his sister. He later used an alias, moved to multiple other states, and used his wife D.W. to obfuscate law enforcement efforts to locate him.

Probable cause exists that James William MEECE did move and travel in interstate and foreign commerce with intent to avoid prosecution and/or imprisonment under the laws of the State of Michigan for felony crimes.

*[signature]*
Vincent Ventimiglia
Senior Inspector
United States Marshals Service

Sword and subscribed before me in
my presence on this 6th day of August, 2019

*[signature]*
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE